CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BRUCE J. KLORES & ASSOCIATES | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) ) ) | Civil Case Number 08-702 (RBW) |
| VAIL A. KAUFMAN, ESQUIRE | ) ) ) | Category   E |
| Defendants | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 29, 2008 from Judge Paul L. Friedman to Judge Reggie B. Walton by direction of the Calendar Committee.

(Case Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Friedman & Courtroom Deputy
Judge Walton & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk