UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

BRUCE J. KLORES & ASSOCIATES, P.C.   )
1735 20th Street, NW   )
Washington, D.C. 20009   )
   )
    Plaintiff,   )
   )
v.   )   C.A. No. 1:08-cv-00702 (RBW)
   )
VAIL A. KAUFMAN, ESQUIRE   )
8955-A Edmonston Road   )
Greenbelt, M.D. 20770   )
   )
    Defendant.   )

PLAINTIFF'S RULE 41(a)(1) NOTICE OF
VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bruce J. Klores & Associates, P.C. hereby voluntarily dismisses this action with prejudice. Defendant Vail A. Kaufman has not served either an answer or a motion for summary judgment. The parties have fully and finally settled this matter.

_____
Michael Nussbaum, D.C. Bar No. 9464
Jocelyn Leyretana, D.C. Bar No. 479341
1233 20th St., NW, Suite 800
Washington, DC 20036
Telephone: 202.712.7090
Facsimile: 202.712.7100
Email: mnussbaum20@aol.com

*Attorneys for Plaintiff*
*Bruce J. Klores & Associates, P.C.*

Dated: June 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June 2008, I served a true copy of Plaintiff's Rule 41(a)(1) Notice of Voluntary Dismissal with Prejudice via the Court's Electronic Filing System and via first class mail, postage prepaid, addressed to:

Thomas L. Doran, Esq.
DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLO
4601 Forbes Blvd. Suite 200
Lanham, MD  20706

Mr. Doran has not filed an entry of appearance for Defendant Vail A. Kaufman, but undersigned counsel for Plaintiff is aware from the settlement negotiations leading up to this dismissal that Mr. Doran is the attorney for Defendant Kaufman.

_____
Michael Nussbaum